No. 04–5651. GOLJAH-MOFRAD v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–5654. ETTIENNE v. ASHCROFT, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 04–5658. SOTO v. CIRCUIT COURT OF ILLINOIS, COOK COUNTY. Sup. Ct. Ill. Certiorari denied.

No. 04–5663. FALCONE v. RHODE ISLAND ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–5665. HATFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5669. HEMPHILL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–5670. BROWNE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–5672. R. J. S. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–5682. JENSEN v. SCHUETZLE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 04–5685. GONZALEZ QUINTANA v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–5688. GRIMM v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–5690. RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5691. STEVENS v. MEACHAM ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5693. DUMBRIQUE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5696. DRAKEFORD v. NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. Ct. App. N. Y. Certiorari denied.